NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1163


SHANGHAI ESWELL ENTERPRISE CO., LTD., JINFU TRADING CO., LTD.,
and ZHEJIANG NATIVE PRODUCE & ANIMAL BY-PRODUCTS
IMPORT & EXPORT GROUP CORP.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

THE AMERICAN HONEY PRODUCERS ASSOCIATION OF AMERICA
and THE SIOUX HONEY ASSOCIATION,

Defendants-Appellees.


Ned H. Marshak, Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, of New York, New York, argued for plaintiffs-appellants.  With him on the brief was Bruce M. Mitchell.  Of counsel were Adam M. Dambrov, and Mark E. Pardo, of Washington, DC.

Stephen C. Tosini, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States.  On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director, and Jane C. Dempsey, Trial Attorney.

R. Alan Luberda, Kelley Drye & Warren LLP, of Washington, DC, argued for defendants-appellees The American Honey Producers Association of America, et al.  With him on the brief were  Michael J. Coursey, and John M. Herrmann.

Appealed from:  United States Court of International Trade

Judge Richard K. Eaton

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1163

SHANGHAI ESWELL ENTERPRISE CO., LTD., JINFU TRADING CO., LTD.,
and ZHEJIANG NATIVE PRODUCE & ANIMAL BY-PRODUCTS
IMPORT & EXPORT GROUP CORP.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

THE AMERICAN HONEY PRODUCERS ASSOCIATION OF AMERICA
and THE SIOUX HONEY ASSOCIATION,

Defendants-Appellees.

# Judgment

ON APPEAL from the        UNITED STATES COURT OF INTERNATIONAL TRADE

in CASE NO(S).        05-00439

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and PROST, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED November 5, 2009        /s/ Jan Horbaly
                              Jan Horbaly, Clerk